1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        CENTRAL DISTRICT OF CALIFORNIA

10                              WESTERN DIVISION

11   UNITED STATES OF AMERICA,          )   NO. CR-12-400-(RCF) CC35- N0470351
                                        )
12                     Plaintiff,       )   CRIMINAL MOTION AND TRIAL ORDER
                                        )
13              v.                      )        (CLASS A MISDEMEANOR)
                                        )
14   PHILLIP  HAY ,                     )
                                        )
15                     Defendant.       )
     _____)

16

17        This matter is set for trial on Thursday, December 21, 2012, at 1:30 p.m., before the

18   Honorable Rita Coyne Federman, United States Bankruptcy Courthouse, Courtroom 2, 1415

19   State Street, Santa Barbara, CA 93101.

20   **Filing of Information and Arraignment:**

21        1. Counsel for the Government shall file an Information, which shall include all charges

22   that are proceeding to trial, on or before November 16, 2012, and shall email a courtesy copy

23   of the Information to chambers and to the defense.  The Court will arraign the defendant on the

24   Information prior to the commencement of trial.

25   **Discovery:**

26        2. Counsel for both parties shall comply promptly with discovery and notice matters

27   pursuant to Fed. R. Crim. P. 12, 12.1, 12.2, 12.3, 15, and 16.  Within fourteen (14) days of the

28   trial setting, counsel shall meet and confer concerning discovery.  Counsel shall discuss what

1   discovery remains outstanding and shall agree to a date for completing their discovery

2   obligations, subject to the ongoing duty to provide additional discovery that may become

3   available.  The meet and confer conference may be conducted by telephonic conference call.

4        3.  Expert disclosure pursuant to Rule 16 shall be made no later than fourteen (14) days

5   prior to trial.  Counsel are reminded that such disclosures must include a written summary that

6   describes the expert witness's "opinions, the bases and reasons for those opinions, and the

7   witness's qualifications."  Fed. R. Crim. P. 16(a)(1)(G) & (b)(1)(C).

8   **Motions:**

9        4.  All pre-trial motions, including any notice of F.R.E. 404(b) evidence, shall be filed

10  and served no later than December 3, 2012.  Oppositions shall be filed and served on or

11  before December 10, 2012.  Replies, if any, must be filed and served on or before

12  December 12, 2012.

13       A courtesy copy of all papers shall be emailed to chambers at the following address:

14  rcf_chambers@cacd.uscourts.gov.

15       6.  All papers filed with the Court shall comply with the Local Rules of Practice of the

16  Central District of California, including Local Rules 7 and 11, and Local Criminal Rule 12.

17       7.  A hearing on the motion[s] is set for December 21, 2012, at 1:30 p.m.  If the

18  resolution of the motion may warrant a continuance of the trial date, the party filing the motion

19  shall include a statement to that effect in the moving papers.

20  **Pretrial Conference:**

21       8.  A telephonic pre-trial conference is set for Tuesday, December 18, 2012, at

22  10:00 a.m.  Counsel and the defendant are directed to call (213) 894-0800 at 10:00 a.m. and

23  enter a password that will be provided to them by the Courtroom Deputy Clerk one (1) day

24  prior to conference.  After entering the password, counsel and the defendant shall state their

25  name, and remain on hold until the beginning of the conference.  If the defendant is

26  represented by counsel, the defendant may elect to waive his or her appearance for the

27  telephonic conference.  Self-represented defendants must appear as ordered.

28

1  9.  At the pre-trial conference, counsel for the Government shall provide an estimate of

2  the length of its case in chief, and the number and names of witnesses it intends to call.  The

3  parties shall identify any unusual legal or evidentiary issues that may be raised in the case.

4  The Court will give counsel an opportunity to discuss administrative matters and anticipated

5  procedural or legal problems.  If additional issues arise during the trial, counsel shall inform the

6  Courtroom Deputy Clerk.

7  **Trial:**

8  10.  On the first day of trial, counsel for the Government shall present the Courtroom

9  Deputy Clerk with the following documents:

10  a.  Two copies of the Government's witness list;

11  b.  Two copies of the Government's exhibit list;

12  c.  All of the Government's exhibits, with official exhibit tags affixed, bearing

13  the same number as the shown on the exhibit list; and

14  d.  A bench copy of all exhibits that can be reproduced.

15  11.  Government counsel shall present defense counsel or a self represented defendant

16  with a copy of the Government's witness list, exhibit list, and a copy of all exhibits that can be

17  reproduced.

18  12.  Defense counsel and self-represented defendants shall deliver their exhibits to the

19  Courtroom Deputy Clerk on the first day of trial.  The defense is responsible for affixing exhibit

20  tags, complete with the case name and case number, to each exhibit to be used in defendant's

21  case.  The defense shall provide the Court and Government counsel with an additional copy of

22  defendant's exhibits as introduced.

23  13.  Attorneys and self-represented defendants shall advise the Courtroom Deputy

24  Clerk and the opposing counsel or party immediately upon becoming aware of a calendar

25  conflict, or an intention to request a continuance of a calendared event, or any other events

26  that might prevent a matter from proceeding as calendared.

27  ///

28  ///

1

2

3   Dated:July 20, 2012                          /s/ RITA COYNE FEDERMAN
                                          RITA COYNE FEDERMAN
4                                         UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28